# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMIN HERNANDEZ,<br><br>                              Plaintiff,<br><br>     v.<br><br>ZILLOW, INC.; ZILLOW GROUP, INC.,<br><br>                              Defendants. | Case No. 26-cv-1014-BAS-BJW<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br>**(ECF No. 8)** |

Presently before the Court is a joint motion for extension of time or, alternatively, a joint motion to stay the action. (ECF No. 8.) The parties plan to engage in mediation. (*Id.*)

Upon review, the Court **GRANTS** the joint motion. The Court **STAYS** the case for nine months, starting on the date of this Order.

The Court further **TERMINATES** Defendants' pending motion to compel arbitration and motion to dismiss class claims. (ECF No. 5.) In the event that the case does not settle in mediation, the Court will reinstate Defendants' motion to compel arbitration and motion to dismiss the class claims.

In addition, the parties stipulate that they will jointly report to the Court no later than April 30, 2026, the name of the mediator to be used in this matter and the mediation date.

- 1 -

(ECF No. 8.) The parties also stipulate that within fourteen (14) days of the completion of mediation, they will jointly report to the Court the results of the mediation. (*Id*.) If for any reason the mediation does not go forward, the parties will promptly notify the Court. (*Id*.)

**IT IS SO ORDERED.**

**DATED: April 13, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv1014