Rick A. Waltman (State Bar No. 306463)
Andrew T. Katseanes (State Bar No. 351638)
Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 fax
rick@ferrarovega.com / andrew@ferrarovega.com
nick@ferrarovega.com / lauren@ferrarovega.com

*Attorneys for Plaintiff Jazmin Hernandez*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMIN HERNANDEZ, on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>ZILLOW, INC.; ZILLOW GROUP, INC.; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 26-cv-1014-BAS-BJW<br><br>**NOTICE OF WITHDRAWAL OF XAVIER L. WOODFORD**<br><br><br>Action Filed:     December 19, 2025<br>Action Removed: February 17, 2026 |

NOTICE OF WITHDRAWAL OF XAVIER L. WOODFORD

TO THE COURT, ALL INTERESTED PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Xavier L. Woodford is no longer an attorney of record with Ferraro Vega Employment Lawyers, Inc., for this matter. Rick A. Waltman, Andrew T. Katseanes, Nicholas J. Ferraro, and Lauren N. Vega of Ferraro Vega Employment Lawyers, Inc., will continue to represent Plaintiff JAZMIN HERNANDEZ

All interested parties and counsel of record are requested to update their service lists accordingly.

Respectfully submitted,

Dated: April 14, 2026                    ***Ferraro Vega Employment Lawyers, Inc.***

*/s/ Nicholas J. Ferraro*
Nicholas J. Ferraro
*Attorney for Plaintiff Jazmin Hernandez*

- 1 -                    Case No. 26-cv-1014-BAS-BJW

NOTICE OF WITHDRAWAL OF XAVIER L. WOODFORD